

MAR 2 1 2013

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KENNETH JAMES MOUTON | CIVIL ACTION 12-3001 |
| VERSUS | JUDGE HAIK |
| WARDEN JOHN SMITH | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, including the Objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that this Petition for *habeas corpus* is **DENIED and DISMISSED WITH PREJUDICE** as it is barred by the one-year limitation period codified at 28 USC section 2244(d).

**THUS DONE** and **SIGNED** on this 20th day of March, 2013.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT