RECEIVED
APR 11 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENNETH JAMES MOUTON | CIVIL ACTION NO. 6:12CV3001 |
| VERSUS | JUDGE HAIK |
| WARDEN TENSAS DETENTION CENTER | MAGISTRATE JUDGE HANNA |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

[X] The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

[ ] The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 11th day of April, 2013.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE